```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                           CASE NO. 08 B 02382
   VICTOR FRANCO
   HILDA FRANCO                                  CHAPTER 13

                                                 JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-9576    SSN XXX-XX-6902

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 02/02/2008 and was not confirmed.

     The case was converted to chapter 7 without confirmation 03/27/2008.
-------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-------------------------------------------------------------------------------
ADVANTA BANK/INDUSTRIAL   UNSECURED         2482.32          .00           .00
WEBSTER BANK              CURRENT MORTG        .00           .00           .00
WEBSTER BANK              SECURED NOT I   17365.40           .00           .00
WEBSTER BANK              CURRENT MORTG        .00           .00           .00
WEBSTER BANK              SECURED NOT I    9442.92           .00           .00
JAMES E AUGUSTYN          DEBTOR ATTY          .00                         .00
TOM VAUGHN                TRUSTEE                                          .00
DEBTOR REFUND             REFUND                                           .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                       --------------         --------------
TOTALS                      .00                   .00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                /s/ Tom Vaughn
     Dated: 06/23/08            _____

                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```